**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB # 050206**
Assistant United States Attorney
adrian.brown@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1003
Facsimile: (503) 727-1117
         Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,**<br><br>Plaintiffs**,**<br><br>v.<br><br>**UNTIED STATES OF AMERICA,**<br><br>Defendant**.** | Case No. 3:18-cv-01367-AC<br><br>**DECLARATION OF ADRIAN BROWN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

I, Adrian Brown, hereby make the following declarations under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.     I am an Assistant United States Attorney in the District of Oregon and am currently the attorney responsible for representing the United States in this civil action. I make this declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the following matters.

Page 1      Declaration of Adrian Brown in Support of Unopposed Motion for Extension of Time

2.	I was out of the office from September 30 – October 8, taking care of my mother out of state, for a medical procedure.

3.	There are currently two Assistant United States Attorney vacancies at the United States Attorney's Office, creating undue hardship to all existing Assistant United States Attorney due to under staffing. The Civil Chief intends to reassign this case to a newly hired AUSA expected to start at the end of October.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of October 2018 at Portland, Oregon.

       /s/ Adrian L. Brown
       ADRIAN L. BROWN
       Assistant United States Attorney