BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
ALISON MILNE, OSB #155212
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1033
Email: alison.milne@usdoj.gov
        Attorneys for Defendant

ANDREW Z. TAPP, Florida Bar #68002
*Pro Hac Vice*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, FL 33511-8820
Phone: 813.228.0658
Email: Andrew@Metropolitan.legal

ROBERT E. REPP, OSB #742687
P.O. Box 148
Marylhurst, OR 97036
Phone: 503-701-9659
Email: Repp.medlaw@gmail.com
        Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,** | Case No.: 3:18-cv-01367-AC |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

In accordance with the Minute Order the Court issued January 25, 2019 (ECF 22), Defendant United States of America and Plaintiffs Astoria Downtown Market and Samuel McDaniel ("Plaintiffs") hereby respectfully file this joint status report in the above-captioned action.

Defendant filed its Unopposed Motion for a Stay of Case Deadlines in Light of Lapse of Appropriations January 23, 2019. This Court granted Defendant's motion on January 25, 2019, and directed the parties to file a joint status report with a proposed scheduling order 14 days after the end of the lapse of appropriations.

During the lapse of appropriations which began December 21, 2018, and ended January 25, 2019, employees at the Department of Agriculture's Food and Nutrition Service ("FNS") as well as the attorney assigned to the case at the U.S. Department of Agriculture ("Agriculture attorney") were furloughed and were unable to finish preparing and reviewing the Administrative Record for this case. Counsel for Defendant was also prohibited from working on this case. Employees at FNS, the attorney at the U.S. Department of Agriculture assisting with this case and Counsel for the Defendant have since returned to work. Counsel for Defendant expects to receive the finalized Administrative Record in time to meet the deadline to file the administrative record in accordance with proposed scheduling order outlined below.

//
//
//
//
//
//

Page 2      Joint Status Report

The parties have conferred and submit the following proposed scheduling order:

| Requirement | Deadline prior to Stay | Proposed Deadline |
| --- | --- | --- |
| Filing of Administrative Record | February 4, 2019 | March 4, 2019 |
| Filing of Plaintiff's Motion for Summary Judgment | March 29, 2019 | May 6, 2019 |
| Filing of Defendant's cross-motion and response to plaintiff's motion | April 19, 2019 | May 28, 2019 |
| Filing of Plaintiff's reply in support of their motion | May 3, 2019 | June 11, 2019 |
| Filing of Defendant's reply | May 17, 2019 | June 25, 2019 |

Respectfully submitted this 8th day of February, 2019.

DATED: February 8, 2019          By:     s/ Andrew Z. Tapp
                                         ANDREW Z. TAPP, Florida Bar #68002
                                         *Pro Hac Vice*
                                         Metropolitan Law Group, PLLC
                                         1971 W. Lumsden Road, #326
                                         Brandon, FL 33511-8820
                                         Phone: 813.228.0658
                                         Email: Andrew@Metropolitan.legal

DATED: February 8, 2019		By:	_____ *
					ROBERT E. REPP, OSB #742687
					P.O. Box 148
					Marylhurst, OR 97036
					Phone: 503-701-9659
					Email: Repp.medlaw@gmail.com
					Attorneys for Plaintiff

DATED: February 8, 2019		By:	BILLY J. WILLIAMS
					United States Attorney
					District of Oregon

					*s/ Alison Milne*
					ALISON MILNE, OSB #155212
					Assistant United States Attorney
					1000 SW Third Avenue, Suite 600
					Portland, OR 97204-2902
					Phone: 503.727.1033
					Email: alison.milne@usdoj.gov
					Attorneys for Defendant

*Mr. Tapp advises that Mr. Repp was unavailable to provide his consent to this filing, but should the Court require it, Mr. Repp's consent will be obtained at a later date.