# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET; and SAMUEL MCDANIEL**, | Case No. 3:18-cv-01367-AC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **UNITED STATES OF AMERICA**, | |
| Defendant. | |

Based on the Court's order, **IT IS ADJUDGED** that Food and Nutrition Service's final decision is VACATED. This matter is REMANDED to the Food and Nutrition Service for further action as directed.

DATED this 13th day of March, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge