Exhibit "A"

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,** | Case No.: 3:18-cv-01367-AC |
| Plaintiffs, | **DECLARATION OF SAMUEL McDANIEL** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## DECLARATION

I, Samuel McDaniel, hereby swear and affirm the following to be true and accurate:

1. I am a resident of the State of Oregon, and am the owner of Astoria Downtown Market.

2. I am a private individual and my net worth does not, nor has it ever, exceeded $2,000,000.

3. I make this Declaration in support of the Plaintiffs' Motion for Award of Attorney's Fees and Costs, and to Tax Costs incurred in my successful representation before the U.S. District Court for the District of Oregon in *Astoria Downtown Market, et al., vs. United States of America*, 3:18-cv-01367.

4. I retained Metropolitan Law Group, PLLC and Mr. Robert Repp, Esq., to represent me in this case. I also retained Metropolitan Law Group, PLLC to represent me during administrative proceedings related to this case before the USDA's Food and Nutrition Service.

5. I attempted to find an attorney in Oregon who was experienced in Supplemental Nutrition Assistance Program administrative and judicial review proceedings, but I was unsuccessful. I reasonably believed, and still believe, that I would not have been successful

DECLARATION OF PLAINTIFF McDANIEL
Page **1** of **2**

in this action if I had not hired a law firm with particularized SNAP retailer experience in handling the administrative and judicial review portions of my case.

6. To the best of my knowledge, I owe no debt to the United States federal government.

**I swear and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.**

 3  / 27 / 2020
_____            _____
**DATED**                                                                    **SAMUEL MCDANIEL**