Appendix "A"

## FEES AND COSTS CALCULATIONS

| Date | Item | Hours | Cost |
|------|------|-------|------|
| | | | |
| **ADMINISTRATIVE REVIEW** | | | |
| | | | |
| 03/12/18 | Initial Consult with client regarding USDA-FNS' March 5, 2018 correspondence permanently denying Application | | |
| | AZT | .5 | No charge |
| | | | |
| 03/13/18 | Review of USDA-FNS' March 5, 2018 Correspondence permanently denying application | | |
| | AZT | .5 | $212.50 |
| | | | |
| 03/15/18 | Preparation of correspondence to the USDA-FNS Requesting Administrative Review | | |
| | AZT | .5 | $212.50 |
| | | | |
| 03/15/18 | Preparation of email to client regarding Correspondence to the USDA-FNS requesting Administrative Review | | |
| | LCD | .17 | $25.00 |
| | | | |
| 03/22/18 | Review of USDA-FNS' March 22, 2018 Correspondence granting Administrative Review | | |
| | AZT | .5 | $212.50 |
| | | | |
| 04/13/18 | Preparation of Freedom of Information Act Request ("FOIA") | | |
| | AZT | .5 | $212.50 |
| | | | |
| 04/13/18 | Preparation of email to client regarding FOIA Request | | |
| | LCD | .17 | $25.00 |
| | | | |
| 04/15/18 | Review of FNS FOIA Officer's acknowledgement of 04/13/18 FOIA Request | | |
| | AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 05/07/18 | Review of FNS FOIA's fee correspondence<br>AZT | .17 | $85.00 |
| 05/07/18 | Preparation of email to client regarding FNS<br>FOIA Fee correspondence<br>LCD | .17 | $25.00 |
| 05/16/18 | Receipt and review of clients check for FNS<br>FOIA Fees<br>LCD | .17 | $25.00 |
| 05/17/18 | Preparation of correspondence to FNS FOIA enclosing<br>Client's check for FOIA fees for Attorney Tapp's<br>Review and approval<br>LCD | .33 | $50.00 |
| 05/17/18 | Review and execution of correspondence to FNS<br>FOIA Enclosing FOIA Fees<br>AZT | .17 | $85.00 |
| 05/22/18 | Review of FOIA documents received<br>AZT | 1.0 | $425.00 |
| 06/08/18 | Review of FOIA documents received to assist<br>In drafting Brief in Support of<br>Appellants' Request for Review of Permanent<br>Denial to Participate as a SNAP Authorized Retailer<br>LCD | 1.0 | $125.00 |
| 06/11/18 | Preparation and drafting of Brief in Support of<br>Appellants' Request for Review of Permanent<br>Denial to Participate as a SNAP Authorized Retailer<br>For Attorney Tapp's Review and Approval<br>LCD | 2.0 | $250.00 |
| 06/11/18 | Review, edit and execution of Brief in Support of<br>Appellants' Request for Review of Permanent<br>Denial to Participate as a SNAP Authorized Retailer<br>AZT | 1.5 | $637.50 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 06/20/18 | Review of USDA FNS' Final Agency Decision AZT | .33 | $170.00 |
| 06/20/18 | Review of USDA FNS' Final Agency Decision and preparation of email to client regarding same. LCD | .5 | $62.50 |
| 06/20/18 | Review of Local Rules for U.S. District Court-District of Oregon regardingAttorney Tapp's Pro Hac Vice LCD | .5 | $62.50 |
| 07/09/18 | Telephone conference with client regarding USDA FNS' Final Agency Decision AZT | .5 | $212.50 |

ADMINISTRATIVE REVIEW:

| Total Attorney Andrew Z. Tapp | Hours | Cost |
|-------------------------------|-------|------|
| Non-Billable Hours | .5 | $212.50 |
| Billable Hours | 6.0 | $2,550.00 |

| Total Paralegal (LCD) | Hours | Cost |
|-----------------------|-------|------|
| Billable Hours | 5.2 | $650.00 |

|  | Hours | Costs |
|--|-------|-------|
| **Total Billable:** | **11.20** | **$3,200.00** |

**JUDICIAL APPEAL U.S. DISTRICT COURT – DISTRICT OF OREGON**

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 08/12/18 | Telephone conference with client regarding<br>Local counsel for matter.<br>LCD | .17 | $25.00 |
| 08/13/18 | Preparation of email to Attorney Robert Repp regarding<br>Judicial Appeal matter<br>LCD | .17 | $25.00 |
| 08/14/18 | Telephone conference with Attorney Repp<br>Regarding Judicial Appeal matter<br>LCD | .5 | $62.50 |
| 08/31/18 | Review of US District Court docket<br>LCD | .33 | $50.00 |
| 08/31/18 | Preparation of email to client regarding court docket<br>And telephone conference with Attorney Repp<br>LCD | .17 | $25.00 |
| 09/11/18 | Preparation of email to Attorney Repp regarding<br>Notice of Appearance<br>LCD | .17 | $25.00 |
| 09/12/18 | Review of email from Attorney Repp regarding<br>Notice of Appearance and conference with Attorney Tapp<br>regarding same<br>LCD | .33 | $50.00 |
| 09/12/18 | Conference with paralegal regarding Attorney Repp's email<br>And Notice of Appearance<br>AZT | .17 | $85.00 |
| 09/13/18 | Preparation of Application for Pro Hac Vice<br>Admission and CM/ECF Registration for Attorney<br>Review and Execution<br>LCD | .5 | $62.50 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 09/13/18 | Review and execution of Application for Pro Hac Vice Admission and CM/ECF Registration AZT | .33 | $170.00 |
| 9/13/18 | Preparation of email to Attorney Repp regarding Attorney Tapp's Application for Pro Hac Vice Admission LCD | .33 | $50.00 |
| 09/17/18 | Review of Order Granting Pro Hac Vice Admission AZT | .17 | $85.00 |
| 10/07/18 | Receipt and review of email from client regarding Telephone message received from Assistant U.S. Attorney and conference with Attorney Tapp regarding same. LCD | .33 | $50.00 |
| 10/07/18 | Conference with paralegal regarding email from client regarding message received from Assistant U.S. Attorney and outline of directions to paralegal regarding same AZT | .17 | $85.00 |
| 10/07/18 | Preparation of email to client regarding telephone message received from Assistant U.S. Attorney LCD | .17 | $25.00 |
| 10/08/18 | Review of email from Assistant U.S. Attorney Adrian Brown and outline of directions to paralegal regarding same AZT | .33 | $170.00 |
| 10/08/18 | Review of directions from Attorney Tapp regarding email received from Assistant U.S. Attorney Adrian Brown LCD | .33 | $50.00 |
| 10/08/18 | Review of email received from Assistant U.S. Attorney Adrian Brown, and preparation of Email regarding Attorney Tapp's consent to 60 day extension LCD | .33 | $50.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 10/11/18 | Receipt and review of Email from Attorney Brown and Conference with Attorney Tapp regarding same<br>LCD | .33 | $50.00 |
| 10/11/18 | Conference with paralegal regarding email from Attorney Brown<br>AZT | .33 | $170.00 |
| 10/11/18 | Preparation for and telephone conference with Attorney Brown Regarding unopposed motion for extension of time<br>AZT | .5 | $212.50 |
| 10/16/18 | Review of Defendant's Unopposed Motion For Extension of time to File Answer<br>AZT | .5 | $212.50 |
| 10/16/18 | Review of Defendant's Unopposed Motion For Extension of time to File Answer and Preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 10/16/18 | Review of Declaration of Adrian Brown In Support Of Defendant's Unopposed Motion for Extension of time<br>AZT | .17 | $85.00 |
| 10/17/18 | Receipt of USPS Forms 3811 for Preparation of Plaintiffs' Notice of Filing Proof of Service for Attorney Tapp's review and approval<br>LCD | .33 | $50.00 |
| 10/17/18 | Review and execution of Plaintiffs' Notice of Filing Proof of Service<br>AZT | .17 | $85.00 |
| 10/17/18 | Review of Court's Order Granting Defendant's Unopposed Motion for Extension of Time and Preparation of email to client regarding same<br>LCD | .17 | $25.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 10/17/18 | Review of Court's Order Granting Defendant's Unopposed Motion for Extension of Time<br>AZT | .17 | $85.00 |
| 11/07/18 | Review Defendant's Notice of Substitution Of Counsel and preparation of email to client Regarding same<br>LCD | .33 | $50.00 |
| 11/07/18 | Review Defendant's Notice of Substitution Of Counsel<br>AZT | .17 | $85.00 |
| 12/04/18 | Review of Defendant's Answer to Complaint And preparation of email to client regarding same<br>LCD | .5 | $62.50 |
| 12/04/18 | Review of Defendant's Answer to Complaint<br>AZT | .33 | $170.00 |
| 12/05/18 | Review of Scheduling Order and preparation of Email to client regarding same<br>LCD | .5 | $62.50 |
| 12/05/18 | Review of Scheduling Order and outline of directions to paralegal<br>AZT | .33 | $170.00 |
| 12/05/18 | Review of directions from Attorney Tapp regarding Scheduling Order<br>LCD | .17 | $25.00 |
| 12/12/18 | Preparation for and Rule 16 Conference with Attorney Milne<br>AZT | .5 | $212.50 |
| 12/14/18 | Telephone conference with client regarding corporation And any parent companies for drafting of Plaintiffs' Corporate Disclosure Statement<br>LCD | .33 | $50.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 12/14/18 | Preparation of Plaintiff's Corporate Disclosure Statement<br>For Attorney Tapp's review and approval<br>LCD | .5 | $62.50 |
| 12/14/18 | Review and execution of Plaintiff's Corporate Disclosure<br>Statement<br>AZT | .17 | $85.00 |
| 12/19/18 | Conference with Attorney Tapp regarding<br>Joint ADR Report<br>LCD | .5 | $62.50 |
| 12/19/18 | Conference with paralegal regarding<br>Joint ADR Report and outline of directions<br>AZT | .5 | $212.50 |
| 12/19/18 | Preparation of email to Attorney Milne providing<br>Proposed dates for Joint ADR Report<br>LCD | .33 | $50.00 |
| 12/19/18 | Review of Email from Attorney Milne regarding<br>Proposed dates for Joint ADR Report and proposed dates<br>LCD | .33 | $50.00 |
| 12/19/18 | Conference with Attorney Tapp regarding Email<br>from Attorney Milne regarding proposed dates<br>LCD | .33 | $50.00 |
| 12/19/18 | Conference with paralegal regarding proposed dates<br>Received by Attorney Milne and outline of directions<br>AZT | .33 | $170.00 |
| 12/19/18 | Preparation of email to Attorney Milne<br>Regarding proposed dates for Joint ADR Report<br>LCD | .17 | $25.00 |
| 12/21/18 | Preparation and filing of Joint ADR Report with the Court<br>LCD | .17 | $25.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 12/21/18 | Review of Defendant's Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route and preparation of email to client Regarding same LCD | .33 | $50.00 |
| 12/21/18 | Review of Defendant's Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route AZT | .17 | $85.00 |
| 12/21/18 | Preparation for and Attendance at Rule 16 Conference with Judge Acosta AZT | 1.0 | $425.00 |
| 12/21/18 | Review of Minutes of Proceedings (Telephone Rule 16 Conference held by Judge Acosta) and preparation of Email to client regarding same LCD | .5 | $62.50 |
| 12/21/18 | Review of Minutes of Proceedings (Telephone Rule 16 Conference held by Judge Acosta) AZT | .17 | $85.00 |
| 01/17/19 | Preparation of Plaintiffs' Application for Stay Of Entire Case Due to the Lapse of Appropriations for Attorney Tapp's review and approval LCD | .5 | $62.50 |
| 01/17/19 | Review and execution of Plaintiffs' Application for Stay Of Entire Case Due to the Lapse of Appropriations AZT | .33 | $170.00 |
| 01/22/19 | Review of Order Denying Plaintiffs' Application For Stay and preparation of email to client regarding Same LCD | .33 | $50.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 01/22/19 | Review of Order Denying Plaintiffs' Application For Stay AZT | .17 | $85.00 |
| 01/23/19 | Preparation for and telephone conference with Attorney Milne Regarding Motion for Stay AZT | .5 | $212.50 |
| 01/23/19 | Review of Defendant's Unopposed Motion for a Stay Of Case Deadlines in Light of Lapse of Appropriations And preparation of email to client regarding same LCD | .5 | $62.50 |
| 01/23/19 | Review of Defendant's Unopposed Motion for a Stay Of Case Deadlines in Light of Lapse of Appropriations AZT | .17 | $85.00 |
| 01/24/19 | Review of Order Denying Defendant's Application For Stay and preparation of email to client regarding Same LCD | .33 | $50.00 |
| 01/24/19 | Review of Order Denying Defendant's Application For Stay AZT | .17 | $85.00 |
| 01/25/19 | Review of Order Granting Defendant's Application For Stay and preparation of email to client regarding Same LCD | .33 | $50.00 |
| 01/25/19 | Review of Order Granting Defendant's Application For Stay AZT | .17 | $85.00 |
| 02/06/19 | Review of email from Attorney Milne regarding Joint Status Report and conference with Attorney Tapp and Review of directions regarding same LCD | .5 | $62.50 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 02/06/19 | Review of Joint Status Report and outline of directions to Paralegal regarding same<br>AZT | .33 | $170.00 |
| 02/06/19 | Preparation for and telephone conference with Attorney Milne regarding New scheduling Order<br>AZT | .5 | $212.50 |
| 02/08/19 | Conference with Attorney Tapp regarding Approval of Joint Status Report<br>LCD | .17 | $25.00 |
| 02/08/19 | Conference with paralegal regarding approval Of Joint Status Report and outline of direction Regarding same<br>AZT | .17 | $85.00 |
| 02/08/19 | Preparation of email to Attorney Milne regarding Attorney Tapp's approval of Joint Status Report<br>LCD | .17 | $25.00 |
| 02/08/19 | Review of Joint Status Report and preparation of email To client regarding same<br>LCD | .33 | $50.00 |
| 02/08/19 | Review of filed Joint Status Report<br>AZT | .17 | $85.00 |
| 02/11/19 | Review of Order lifting stay of this matter and deadlines For dispositive motions and preparation of email to client Regarding same<br>LCD | .33 | $50.00 |
| 02/11/19 | Review of Order lifting stay of this matter and deadlines For dispositive motions<br>AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 03/04/19 | Review of Defendant's Notice of Lodging Administrative Record and preparation of email to Client regarding same LCD | .33 | $50.00 |
| 03/04/19 | Review of Defendant's Notice of Lodging Administrative Record AZT | .17 | $85.00 |
| 03/04/19 | Review of Defendant's Declaration of Shanta Swezy and preparation of email to Client regarding same LCD | .33 | $50.00 |
| 03/04/19 | Review of Defendant's Declaration of Shanta Swezy AZT | .17 | $85.00 |
| 03/06/19 | Review of correspondence from Defendant Enclosing Administrative Record and preparation of email to Client regarding same LCD | .33 | $50.00 |
| 03/06/19 | Review of correspondence from Defendant Enclosing Administrative Record AZT | .17 | $85.00 |
| 03/08/19 | Conference with Attorney Tapp regarding broken DVD received and outline of direction regarding same LCD | .17 | $25.00 |
| 03/08/19 | Conference with paralegal regarding broken DVD Received and outline of direction AZT | .17 | $85.00 |
| 03/08/19 | Preparation of email to Attorney Milne regarding broken DVD received LCD | .17 | $25.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 03/08/19 | Review of email from Attorney Milne regarding broken DVD and preparation of email responsive to same LCD | .17 | $25.00 |
| 03/11/19 | Conference with Attorney Tapp regarding Conflicts of dates for the dispositive motions and outline of direction regarding same LCD | .17 | $25.00 |
| 03/11/19 | Conference with paralegal regarding conflicts of dates For dispositive motions and outline of direction regarding same AZT | .17 | $85.00 |
| 03/11/19 | Preparation of email to Attorney Milne Regarding conflicts with dates and presentation of new dates for approval regarding dispositive motions and review of email from Attorney Milne regarding additional dates LCD | .33 | $50.00 |
| 03/12/19 | Preparation for and telephone conference with Attorney Milne regarding Joint Motion to Amend Schedule AZT | .5 | $212.50 |
| 03/13/19 | Review of Defendant's Administrative Record on DVD LCD | .5 | $62.50 |
| 03/13/19 | Review of Defendant's Administrative Record on DVD AZT | .5 | $212.50 |
| 03/18/19 | Review of email from Attorney Milne regarding Proposed deadlines to include in Joint Motion To Amend Schedule and conference with Attorney Tapp regarding same LCD | .33 | $55.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 03/18/19 | Review of email from Attorney Milne regarding<br>Proposed deadlines to include in Joint Motion<br>To Amend Schedule and conference with paralegal<br>regarding same<br>AZT | .33 | $170.00 |
| 03/19/19 | Preparation of email to Attorney Milne regarding<br>Approval of proposed amended deadlines to be<br>Included in Joint Motion to Amend Schedule<br>LCD | .17 | $25.00 |
| 03/20/19 | Review of Joint Motion to Amend Schedule<br>And preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 03/20/19 | Review of Joint Motion to Amend Schedule<br>AZT | .17 | $85.00 |
| 03/20/19 | Review of Order granting parties' Joint Motion<br>To Amend Schedule and preparation of email<br>To client regarding same<br>LCD | .33 | $50.00 |
| 03/20/19 | Review of Order granting parties' Joint Motion<br>To Amend Schedule<br>AZT | .17 | $85.00 |
| 06/01/19 | Review of administrative record, and documentation<br>From client for drafting of Plaintiffs' Motion for Summary Judgment<br>For Attorney Tapp's review, edit and approval<br>LCD | 2.0 | $250.00 |
| 06/01/19 | Review of documentation and<br>Preparation of editing to drafted Plaintiffs' Motion for<br>Summary Judgment<br>AZT | 3.0 | $1,275.00 |
| 06/06/19 | Drafting of Table of Contents, Table of Authorities,<br>And Exhibit for Attorney Tapp's review and approval<br>LCD | .5 | $62.50 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 06/06/19 | Review, approval and execution of Plaintiffs' Motion for Summary Judgment, Table of Contents, Table of Authorities and Exhibit<br>AZT | .17 | $85.00 |
| 06/06/19 | Preparation of email to client regarding Plaintiffs' Motion for Summary Judgment | .33 | $50.00 |
| 06/10/19 | Review of Scheduling Order by Judge Acosta Regarding dispositive motions dates and Preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 06/10/19 | Review of Scheduling Order by Judge Acosta Regarding dispositive motion dates<br>AZT | .17 | $85.00 |
| 06/10/19 | Drafting of Plaintiffs' Certificate of Compliance With LR 7-1 for Attorney Tapp's review and approval<br>LCD | .5 | $62.50 |
| 06/10/19 | Review and execution of Plaintiffs' Certificate of Compliance With LR 7-1<br>AZT | .33 | $170.00 |
| 06/10/19 | Preparation of Index of Courtesy Copies<br>LCD | .33 | $50.00 |
| 06/11/19 | Review of email from Attorney Milne regarding Administrative Record and conference with Attorney Tapp regarding same<br>LCD | .33 | $50.00 |
| 06/11/19 | Review of email from Attorney Milne and conference With paralegal regarding same<br>AZT | .33 | $170.00 |
| 06/11/19 | Preparation of email to Attorney Milne regarding Amending Plaintiffs' Motion for Summary Judgment<br>LCD | .17 | $25.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 06/11/19 | Review of email from Attorney Milne regarding<br>No objection to Plaintiffs' amending Motion for<br>Summary Judgment and conference with Attorney Tapp<br>regarding same<br>LCD | .33 | $50.00 |
| 06/11/19 | Conference with paralegal regarding email from Attorney<br>Milne regarding no objection to amending Motion for<br>Summary Judgment<br>AZT | .17 | $85.00 |
| 06/21/19 | Drafting and preparation of Plaintiffs' Amended Motion for<br>Summary Judgment for Attorney Tapp's review and approval<br>LCD | .5 | $62.50 |
| 06/24/19 | Review and execution of Plaintiffs' Amended Motion<br>For Summary Judgment<br>AZT | 1.0 | $425.00 |
| 06/24/19 | Preparation and drafting of correspondence to<br>Hon. John V. Acosta enclosing Plaintiffs'<br>Motion and Amended Memorandum in Support<br>Of Motion for Summary Judgment for Attorney Tapp's<br>Review and approval<br>LCD | .33 | $50.00 |
| 06/24/19 | Review and approval of correspondence to<br>Hon. John V. Acosta<br>AZT | .17 | $85.00 |
| 06/24/19 | Review of Scheduling Order from Judge Acosta and<br>Preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 06/24/19 | Review of Scheduling Order from Judge Acosta<br>AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 07/01/19 | Review of email from Attorney Milne regarding Opposition to filings and conference with Attorney Tapp regarding same<br>LCD | .33 | $50.00 |
| 07/01/19 | Conference with paralegal regarding email from Attorney Milne regarding opposition to filings<br>AZT | .17 | $85.00 |
| 07/02/19 | Review of (a) Defendant's Response to Plaintiffs' Amended Motion for Summary Judgment; (b) Exhibit A; (c) Declaration of Madeline Vines; (d) Defendant's Cross Motion for Summary Judgment; and (e) Exhibit A.  Preparation of email to client Regarding same<br>LCD | .5 | $62.50 |
| 07/02/19 | Review of (a) Defendant's Response to Plaintiffs' Amended Motion for Summary Judgment; (b) Exhibit A; (c) Declaration of Madeline Vines; (d) Defendant's Cross Motion for Summary Judgment; and (e) Exhibit A.<br>AZT | .5 | $212.50 |
| 07/03/19 | Review of Scheduling Order by Judge Acosta And preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 07/03/19 | Review of Scheduling Order by Judge Acosta<br>AZT | .17 | $85.00 |
| 07/12/19 | Preparation and drafting of Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment For Attorney Tapp's review, approval and edit<br>LCD | 1.0 | $125.00 |
| 07/12/19 | Preparation and drafting of Plaintiffs' Reply to Defendant's Response to Plaintiffs' Amended Motion for Summary Judgment For Attorney Tapp's review, approval and edit<br>LCD | 1.0 | $125.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 07/16/19 | Review, drafting and execution of Plaintiffs' Reply to Defendant's Response to Plaintiffs' Amended Motion for Summary Judgment<br>AZT | 2.0 | $850.00 |
| 07/16/19 | Review, drafting and execution of Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment<br>AZT | 2.0 | $850.00 |
| 07/16/19 | Preparation of email to client regarding:<br>(a) Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment; and<br>(b) Plaintiffs' Reply to Defendant's Response to Plaintiffs' Amended Motion For Summary Judgment<br>LCD | .33 | $50.00 |
| 07/17/19 | Preparation and drafting of correspondence to Hon. John V. Acosta enclosing (a) Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment; and (b) Plaintiffs' Reply To Defendant's Response to Plaintiffs' Amended Motion for Summary Judgment for Attorney Tapp's Review and approval<br>LCD | .33 | $50.00 |
| 07/17/19 | Review and approval of correspondence to Hon. John V. Acosta<br>AZT | .17 | $85.00 |
| 07/29/19 | Review of Defendant's Reply in Support of Defendant's Cross-Motion for Summary Judgment And preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 07/29/19 | Review of Defendant's Reply in Support of Defendant's Cross-Motion for Summary Judgment<br>AZT | .33 | $170.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 10/16/19 | Review of Scheduling Order from Judge Acosta<br>And email to client regarding same<br>LCD | .33 | $50.00 |
| 10/16/19 | Review of Scheduling Order form Judge Acosta<br>AZT | .17 | $85.00 |
| 10/23/19 | Telephone conference with Attorney Milne regarding<br>Attorney Tapp's conflict with the date for oral argument<br>And conference with Attorney Tapp regarding same<br>LCD | .33 | $50.00 |
| 10/24/19 | Review of email from Attorney Milne<br>Regarding Judge Acosta's courtroom<br>Deputy and conference with Attorney Tapp<br>Regarding same<br>LCD | .17 | $25.00 |
| 10/24/19 | Conference with paralegal regarding<br>Judge Acosta's courtroom deputy and<br>Outline of directions<br>AZT | .17 | $85.00 |
| 10/24/19 | Preparation of email to Attorney Milne<br>Regarding proposed language for submission<br>To Courtroom Deputy regarding scheduling<br>Conflict for approval<br>LCD | .17 | $25.00 |
| 10/25/19 | Preparation of email to Attorney Milne<br>Regarding proposed language for submission<br>To Courtroom Deputy regarding scheduling<br>Conflict for approval<br>LCD | No Charge | |
| 10/28/19 | Preparation of email to Attorney Milne<br>Regarding proposed language for submission<br>To Courtroom Deputy regarding scheduling<br>Conflict for approval<br>LCD | No Charge | |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 10/28/19 | Telephone conference with Attorney Milne<br>Regarding emails and outline of issues with emails<br>Being received<br>LCD | .17 | $25.00 |
| 10/28/19 | Conference with Attorney Tapp regarding<br>Telephone conference with Attorney Milne<br>LCD | .17 | $25.00 |
| 10/28/19 | Conference with paralegal regarding telephone<br>Conference with Attorney Milne<br>AZT | .17 | $85.00 |
| 10/28/19 | Preparation of email to Courtroom Deputy<br>Regarding scheduling conflicts and outline<br>Of proposed dates for rescheduling of same<br>LCD | .33 | $50.00 |
| 10/28/19 | Review of email from Courtroom Deputy<br>And conference with Attorney Tapp regarding<br>Same<br>LCD | .17 | $25.00 |
| 10/28/19 | Conference with paralegal regarding email from<br>Courtroom Deputy<br>AZT | .17 | $85.00 |
| 10/28/19 | Review of Amended Scheduling Order and<br>Preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 10/28/19 | Review of Amended Scheduling Order<br>AZT | .17 | $85.00 |
| 11/26/19 | Review of Second Amended Scheduling Order and<br>Preparation of email to client regarding same<br>LCD | .33 | $50.00 |
| 11/26/19 | Review of Second Amended Scheduling Order<br>AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 11/26/19 | Review of email from Attorney Milne regarding Additional dates for Oral Argument and conference with Attorney Tapp regarding same <br> LCD | .17 | $25.00 |
| 11/26/19 | Conference with paralegal regarding email from Attorney Milne regarding rescheduling and additional dates for Oral Argument <br> AZT | .17 | 85.00 |
| 12/12/19 | Preparation for Oral Argument set for 12/13/19 <br> AZT | 3.0 | $1,275.00 |
| 12/13/19 | Preparation for and attendance at Oral Argument before Judge John V. Acosta <br> AZT | 1.0 | $425.00 |
| 12/13/19 | Review of Minutes of Proceeds regarding Oral Argument held, Plaintiffs' Amended Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment taken under advisement <br> LCD | .17 | $25.00 |
| 12/13/19 | Review of Minutes of Proceeds regarding Oral Argument held, Plaintiffs' Amended Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment taken under advisement <br> AZT | .17 | $85.00 |
| 12/16/19 | Review of (a) Court's Findings and Recommendation, (b) Order by Judge Acosta referring to Hon. Immergut for review and final determination; and Preparation of correspondence to client regarding same <br> LCD | .5 | $62.50 |
| 12/16/19 | Review of (a) Court's Findings and Recommendation, (b) Order by Judge Acosta referring to Hon. Immergut for review And final determination <br> AZT | .5 | $212.50 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 12/16/19 | Conference with paralegal regarding Court's Findings and Recommendation<br>AZT | .17 | $85.00 |
| 12/16/19 | Conference with Attorney Tapp regarding Court's Findings And Recommendation<br>LCD | .17 | $25.00 |
| 12/18/19 | Review of email from Attorney Milne requesting call With Attorney Tapp, Conference with Attorney Tapp Regarding same; preparation of email to Attorney Milne<br>LCD | .17 | $25.00 |
| 12/18/19 | Conference with paralegal regarding email from Attorney Milne requesting call and outline of direction To paralegal regarding same<br>AZT | .17 | $85.00 |
| 12/18/19 | Preparation for and telephone conference with Attorney Milne<br>AZT | .33 | $170.00 |
| 12/19/19 | Telephone conference with client regarding Finding of the Court<br>AZT | .33 | $170.00 |
| 12/23/19 | Review of email from Attorney Milne regarding Department's offer<br>AZT | .17 | $85.00 |
| 12/23/19 | Telephone conference with client regarding Department's Offer<br>AZT | .17 | $85.00 |
| 12/23/19 | Preparation of Email to Attorney Milne regarding Department's Offer<br>AZT | .17 | $85.00 |
| 12/31/19 | Review of email from Attorney Milne regarding Clarification of Department's Offer<br>AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 01/02/20 | Conference with Attorney Tapp regarding Department's Offer and outline of direction regarding same <br> LCD | .17 | $25.00 |
| 01/02/20 | Conference with paralegal regarding Department's offer And outline of direction <br> AZT | .17 | $85.00 |
| 01/02/20 | Preparation of email to Attorney Milne regarding Department's offer <br> LCD | .17 | $25.00 |
| 03/13/20 | Review of Order <br> AZT | .33 | $170.00 |
| 03/13/20 | Review of Order and preparation of email to Client regarding same <br> LCD | .33 | $50.00 |
| 03/13/20 | Review of Judgment and preparation of correspondence To client regarding same <br> LCD | .33 | $50.00 |
| 03/13/20 | Review of Judgment and outline of direction to paralegal Regarding same <br> AZT | .33 | $170.00 |
| 03/13/20 | Review of direction from Attorney Tapp regarding Order And Judgment <br> LCD | .17 | $25.00 |
| 03/19/20 | Drafting of correspondence to Attorney Milne regarding Settlement proposal for Attorney Tapp's review and Approval <br> LCD | .33 | $50.00 |
| 03/19/20 | Review, edit and execution of correspondence to Attorney Milne regarding settlement proposal of Fees and costs <br> AZT | .17 | $85.00 |

| Date | Item | Hours | Cost |
|------|------|-------|------|
| 03/19/20 | Review of email from Attorney Milne regarding March 19, 2020 correspondence and LCD | .17 | $25.00 |
| 03/20/20 | Preparation of email to Attorney Milne LCD | .17 | $25.00 |
| 03/23/20 | Conference with Attorney Tapp regarding Email from Attorney Milne LCD | .17 | $25.00 |
| 03/23/20 | Conference with paralegal regarding Email From Attorney Milne and outline of direction AZT | .17 | $85.00 |
| 03/24/20 | Preparation for and telephone conference with Attorney Milne AZT | .33 | $170.00 |

## COSTS

| Date | What | Amount |
|------|------|--------|
| 07/20/18 | Filing Fee | $   400.00 |
| 12/13/19 | Travel Expenses for Oral Argument (Meals, Lodging, Transportation and Flights) | $1,082.22 |
| | **Total Costs:** | **$1,482.22** |

<u>**ADMINISTRATIVE REVIEW:**</u>

| **Total Attorney Andrew Z. Tapp** | **Hours** | **Cost** |
|---|---|---|
| Non-Billable Hours | .5 | $0.00 |
| Billable Hours | 6.0 | $2,550.00 |
| **Total Paralegal (LCD)** | **Hours** | **Cost** |
| Billable Hours | 5.2 | $650.00 |
| | **Hours** | **Costs** |
| **Total Billable:** | **11.20** | **$3,200.00** |

<u>**JUDICIAL APPEAL**</u>

| **Total Attorney Andrew Z. Tapp** | **Hours** | **Cost** |
|---|---|---|
| Billable Hours | **34.2** | **$14,535.00** |
| **Total for Paralegal (LCD)** | **Hours** | **Costs** |
| Billable Hours | **37.6** | **$4,700.00** |
| | **Total Billable Hours:** | **$22,435.00** |

<u>**COSTS**</u>

| **Date** | **What** | **Amount** |
|---|---|---|
| 07/20/18 | Filing Fee | $  400.00 |
| 12/13/19 | Travel Expenses for Oral Argument (Meals, Lodging, Transportation and Flights) | $1,082.22 |
| | **Total Costs:** | **$1,482.22** |

# Total Billable Hours and Costs Due: $23,917.22