BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
ALISON MILNE, OSB #155212
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1033
Email: alison.milne@usdoj.gov
    Attorneys for Defendant

ANDREW Z. TAPP, Florida Bar #68002
*Pro Hac Vice*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, FL 33511-8820
Phone: 813.228.0658
Email: Andrew@Metropolitan.legal

ROBERT E. REPP, OSB #742687
P.O. Box 148
Marylhurst, OR 97036
Phone: 503-701-9659
Email: Repp.medlaw@gmail.com
    Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,** | Case No.: 3:18-cv-01367-AC |
| Plaintiffs, | JOINT MOTION FOR TIME |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Page 1    Joint Motion for Time

Defendant United States of America and Plaintiffs Astoria Downtown Market and Samuel McDaniel ("Plaintiffs") hereby respectfully file this joint motion for time in the above-captioned action. Pursuant to LR 7-1, the parties conferred prior to filing this motion. The parties are seeking a thirty day extension of time. There is good cause to grant this request.

The Ninth Circuit has found that the thirty day deadline for filing for fees under the Equal Access to Justice Act ("EAJA") does not end until thirty days after the deadline to appeal. *Jianpinq Li v. Keisler*, 505 F.3d 913, 917 (9th Cir. 2007). The deadline to appeal the above-captioned case is May 12, 2020. The deadline to file for fees under EAJA is June 11, 2020. The parties are seeking an extension of time to May 18, 2020, which is within the allowable timeframe under the EAJA.

The parties request an extension of thirty days before this Court takes Plaintiffs' Motion for Award of Attorney's Fees and Costs, and To Tax Costs under advisement so that they may pursue a settlement agreement. This additional time will also allow Plaintiffs' attorney Robert Repp to submit a request for reimbursement for his fees to the Court if he so chooses. At the time of this filing, Mr. Repp had not submitted a formal request for his fees to the Court. If this request for time is granted, Plaintiffs' Motion for Award of Attorney's Fees and Costs, and To Tax Costs and any opposition to it would be taken under advisement May 18, 2020.

Defendant also seeks an extension of time to respond to Plaintiffs' Motion for Award of Attorney's Fees and Costs, and To Tax Costs. Defendant requests to have until May 18, 2020, to respond to Plaintiffs' motion. This additional time will allow Defendant to determine if a settlement is feasible and to prepare an opposition motion to Plaintiffs' request for attorney fees and costs if it is not. Plaintiffs do not object to this request. If Defendant determines that a settlement cannot be consummated and is able to submit a response to Plaintiffs' motion earlier than May 18, 2020, it will do so.

The parties do not make the request for time for purposes of delay.

Page 2          Joint Motion for Time

Respectfully submitted this 2nd day of April, 2020.

DATED: April 2, 2020	By:	s/ Andrew Z. Tapp
		ANDREW Z. TAPP, Florida Bar #68002
		*Pro Hac Vice*
		Metropolitan Law Group, PLLC
		1971 W. Lumsden Road, #326
		Brandon, FL 33511-8820
		Phone: 813.228.0658
		Email: Andrew@Metropolitan.legal

DATED: April 2, 2020	By:	_____ *
		ROBERT E. REPP, OSB #742687
		P.O. Box 148
		Marylhurst, OR 97036
		Phone: 503-701-9659
		Email: Repp.medlaw@gmail.com
		Attorneys for Plaintiffs

DATED: April 2, 2020	By:	BILLY J. WILLIAMS
		United States Attorney
		District of Oregon

		s/ Alison Milne
		ALISON MILNE, OSB #155212
		Assistant United States Attorney
		1000 SW Third Avenue, Suite 600
		Portland, OR 97204-2902
		Phone: 503.727.1033
		Email: alison.milne@usdoj.gov
		Attorneys for Defendant

*Mr. Tapp advises that Mr. Repp was unavailable to provide his consent to this filing, but should the Court require it, Mr. Repp's consent will be obtained at a later date.

Page 3	Joint Motion for Time