# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,** | Case No.: 3:18-cv-01367-AC |
| Plaintiffs, | ORDER APPROVING STIPULATED SETTLEMENT ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Having reviewed the parties' Stipulated Settlement (Dkt. No. 55) on Plaintiffs' Motion for Attorneys' Fees and Costs, it is hereby ORDERED:

1. The parties' Stipulation is APPROVED.

2. Plaintiffs shall withdraw their motion (Dkt. No. 51) for attorneys' fees and costs within three business days of their receipt of the agreed-upon amount in attorney fees, at which time the court will deny the motion as moot.

Dated this 19th day of May, 2020.

JOHN V. ACOSTA
United States Magistrate Judge