ANDREW Z. TAPP, Florida Bar #68002
*Pro Hac Vice*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, FL 33511-8820
Phone: 813.228.0658
Email: Andrew@Metropolitan.legal

ROBERT E. REPP, OSB #742687
P.O. Box 148
Marylhurst, OR 97036
Phone: 503-701-9659
Email: Repp.medlaw@gmail.com
      Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **ASTORIA DOWNTOWN MARKET, et al.,** | Case No.: 3:18-cv-01367-AC |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS, AND TO TAX COSTS** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Plaintiffs, Astoria Downtown Market, and Samuel McDaniel, by and through their undersigned counsel, and hereby gives Notice of the Plaintiffs' Withdrawal of their Motion for Award of Attorney's Fees and Costs filed on March 27, 2020 (Dkt. No. 51) as they have received the agreed upon amount in attorneys fees from the Defendant.

Respectfully submitted this 15th day of June, 2020.

        */s/ Andrew Z. Tapp*
      ANDREW Z. TAPP, Florida Bar #68002
      *Pro Hac Vice*
      Metropolitan Law Group, PLLC
      1971 W. Lumsden Road, #326
      Brandon, FL 33511-8820

Phone: 813.228.0658
Email: Andrew@Metropolitan.legal

And

ROBERT E. REPP, OSB #742687
P.O. Box 148
Marylhurst, OR 97036
Phone: 503-701-9659
Email: Repp.medlaw@gmail.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of foregoing pleading was sent via Email to counsel for Defendant:

Alison Milne, Esq.
Alison.Milne@usdoj.gov

  /s/ Andrew Z. Tapp  
Andrew Z. Tapp, Esq.
Pro Hac Vice